CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
Benard V. Preziosi, Jr. (BP-5715)
101 Park Avenue
New York, New York 10178
Tel:   (212) 696-6198
Fax:   (212) 697-1559
Attorneys for Plaintiffs
INVISTA B.V. and INVISTA North America S.à r.l.

'08 CIV 4298

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

INVISTA B.V. AND INVISTA North America S.à r.l.,

       Plaintiffs,

  v.             **RULE 7.1 STATEMENT**

E.I. DU PONT DE NEMOURS AND COMPANY,  Civil Action No. _____

       Defendant.

----------------------------------------------------------------X

  Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs INVISTA B.V. and INVISTA North America S.à r.l. each state that each is directly or indirectly owned by Koch Industries Inc., which is a privately held corporation.

Dated:  New York, New York
     May 7, 2008

              Respectfully submitted,
              CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

              By: _____
              Benard V. Preziosi, Jr. (BP-5715)
              101 Park Avenue, 35th Floor
              New York, New York 10178
              Tel.: (212) 696-6000
              Fax: (212) 697-1559
              Attorneys for Plaintiffs