CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
Benard V. Preziosi, Jr. (BP-5715)
101 Park Avenue
New York, New York 10178
Tel:  (212) 696-6198
Fax:  (212) 697-1559
Attorneys for Plaintiffs
INVISTA B.V. and INVISTA North America S.à.r.l.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NE WYORK

------------------------------------------------------------------X

| | | |
|---|---|---|
| INVISTA B.V. AND INVISTA North America S.à.r.l., | : | AFFIDAVIT OF SERVICE |
| Plaintiffs, | : | Case No. 08-CV-4298 (JGK) (MHD) |
| v. | : | |
| E.I. DU PONT DE NEMOURS AND COMPANY, | : | |
| Defendant. | : | |

------------------------------------------------------------------X

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK  )

        DAREN HUNTER, being duly sworn, deposes and says:

        1.     I am over eighteen (18) years of age, am not a party to this action and am a resident of the State of New Jersey.

        2.     On May 7, 2008 at approximately 2:30 p.m., I served copies of the Summons; Complaint; Civil Case Sheet; Rule 7.1 Statement; Individual Practices of John G. Koetl; and Individual Practices of Magistrate Judge Michael H. Dollinger upon E.I. Du Pont De Nemours and Company by handing them to Robert J. Dwyer, Esq., Boies, Schiller & Flexner,

4603920v1

LLP, at 575 Lexington Avenue, 7th Floor, New York, New York 10022. Mr. Dwyer indicated he was authorized to accept service of same on behalf of E.I. Du Pont De Nemours and Company.

3. I would describe Mr. Dwyer at the time of service as follows: Sex: Male; Race: White; Approximate Age: 60-65 yrs.; Approximate Height 6'2"; Approximate Weight 190 lbs; Hair Color: White; Eye Color: Brown.

_____
DAREN HUNTER

Sworn to before me this
9th day of May, 2008.


_____
NOTARY PUBLIC

JOAN E. MEZZACAPPA
Notary Public, State Of New York
No. 01ME4833093
Qualified In New York County
Commission Expires June 30, 20 11

-2-

4603920v1